**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TODD RAYNOR HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-746-M |
| ) | |
| AVEDA TRANSPORTATION AND ) | |
| ENERGY SERVICES, INC., FORMERLY ) | |
| HODGES TRUCKING COMPANY, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is defendants Seventy Seven Energy, Inc. and Chesapeake Energy's Joint Motion to Dismiss or Stay Proceedings and Compel Arbitration, filed December 21, 2015. Plaintiff has filed no response. Pursuant to Local Civil Rule 7.1(g)[1], the Court hereby deems defendants' motion to dismiss or stay proceedings and compel arbitration confessed. Accordingly, the Court GRANTS defendants' Motion to Dismiss [docket no. 7] and DISMISSES this action.

**IT IS SO ORDERED this 15th day of January, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] Local Civil Rule 7.1(g) provides, in pertinent part: "Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed."